JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Pintos Dos Santos, et al., ) | SACV 12-01373 JVS (JPRx) |
| ) | |
| ) | ORDER OF DISMISSAL UPON |
| Plaintiff, ) | SETTLEMENT OF CASE |
| ) | |
| v. ) | |
| ) | |
| Telemundo Network Group LLC, ) | |
| et al., et al., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:  July 18, 2013

_____
James V. Selna
United States District Judge